IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: APRIL & DON W LANGLEY, JR. ) | |
| ) | |
| ONEWEST BANK, FSB, ) | |
|     Creditor, ) | |
| ) | |
|   vs. ) | CASE NO. 08B04206 |
| ) | JUDGE JOHN H. SQUIRES |
| APRIL & DON W LANGLEY, JR., ) | |
|     Debtor ) | |
| ) | |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes OneWest Bank, FSB, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the May 2010 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of May 17, 2010.

   a. Attorney's Fees                                                             $250.00

   b. Payments: 5/10 THRU 6/10    2 @ $1,671.55   $3,343.10

   c. Outstanding Attorney fees                               $500.00

   Total                                                                   $4,093.10

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice, OneWest Bank, FSB rights to collect these amounts will remain unaffected.

                                        Respectfully Submitted,
                                        OneWest Bank, FSB

                                        <u>/s/Yanick Polycarpe</u>
                                        Yanick Polycarpe
                                        ARDC#6237892

                                        Pierce and Associates, P.C.
                                        1 North Dearborn Street
                                        Suite 1300
                                        Chicago, Illinois 60602
                                        (312)346-9088