UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    DON W LANGLEY  
    APRIL LANGLEY  
        Debtor(s)

Case No. 08-04206

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/25/2008.

2) The plan was confirmed on 05/02/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/07/2009, 09/04/2009.

5) The case was completed on 10/12/2011.

6) Number of months from filing to last payment: 44.

7) Number of months case was pending: 46.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $38,600.00.

10) Amount of unsecured claims discharged without payment: $20,378.42.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|   |   |
|---|---|
| Total paid by or on behalf of the debtor | $35,784.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $35,784.00

**Expenses of Administration:**

|   |   |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,774.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,888.30 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,662.30

Attorney fees paid and disclosed by debtor: $726.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ABC CREDIT UNION | Unsecured | 351.80 | NA | NA | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES | Secured | 2,105.62 | 1,840.14 | 1,840.14 | 1,840.14 | 265.48 |
| AT&T MOBILITY LLC | Unsecured | 281.70 | NA | NA | 0.00 | 0.00 |
| BALLY TOTAL FITNESS | Unsecured | 938.66 | 938.66 | 938.66 | 661.16 | 0.00 |
| CASTLE SURGICALCENTER | Unsecured | 144.60 | NA | NA | 0.00 | 0.00 |
| CENTER FOR ADVANCED DENTISTRY | Unsecured | 278.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO NECK & BACK INSTITUTE | Unsecured | 291.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO NECK & BACK INSTITUTE | Unsecured | 265.00 | NA | NA | 0.00 | 0.00 |
| CLAYTON COLLEGE | Unsecured | 5,498.76 | NA | NA | 0.00 | 0.00 |
| COMPUCREDIT | Unsecured | 770.82 | 770.82 | 770.82 | 542.94 | 0.00 |
| CORNERSTONE MEDICAL GROUP | Unsecured | 445.20 | NA | NA | 0.00 | 0.00 |
| DAILY HERALD | Unsecured | 19.50 | NA | NA | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES | Unsecured | 1,562.74 | 1,641.61 | 1,641.61 | 1,156.30 | 0.00 |
| DERMATOLOGY ASSOC | Unsecured | 94.25 | NA | NA | 0.00 | 0.00 |
| DEVRY INC | Unsecured | 189.01 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 262.30 | NA | NA | 0.00 | 0.00 |
| DREYER MEDICAL CLINIC | Unsecured | 43.60 | 43.60 | 43.60 | 30.71 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 488.54 | 500.93 | 500.93 | 352.84 | 0.00 |
| ECMC | Unsecured | 6,625.00 | 2,625.00 | 2,625.00 | 1,848.97 | 0.00 |
| ECMC | Unsecured | 4,178.39 | 4,178.39 | 4,178.39 | 2,943.13 | 0.00 |
| EDWARDS WOMEN CTR FOR HEALTH | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY TREATMENT SC | Unsecured | 213.80 | NA | NA | 0.00 | 0.00 |
| FAIRVIEW DENTAL | Unsecured | 179.80 | NA | NA | 0.00 | 0.00 |
| FED EX | Unsecured | 60.99 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | 7,831.78 | 3,927.27 | 3,927.27 | 2,766.25 | 0.00 |
| FISCHER MANGOLD JOLIET | Unsecured | 274.00 | NA | NA | 0.00 | 0.00 |
| GREGORY POTEMPA DDS | Unsecured | 625.00 | NA | NA | 0.00 | 0.00 |
| HIGHLIGHTS FOR CHILDREN | Unsecured | 20.70 | NA | NA | 0.00 | 0.00 |
| HIGHLIGHTS FOR CHILDREN | Unsecured | 19.95 | NA | NA | 0.00 | 0.00 |
| HOWARD YOUNG HEALTHCARE | Unsecured | 165.63 | NA | NA | 0.00 | 0.00 |
| HOWARD YOUNG HEALTHCARE | Unsecured | 79.79 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| IDT CORP | Unsecured | 61.18 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY AUTHORITY | Unsecured | 7.73 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 2,409.24 | 2,223.13 | 2,223.13 | 1,565.91 | 0.00 |
| LIGHTHOUSE FAMILY CHIROPRACTI | Unsecured | 145.60 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 156.58 | NA | NA | 0.00 | 0.00 |
| MCI | Unsecured | 156.58 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 259.95 | NA | NA | 0.00 | 0.00 |
| MEIJER | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| MEIJER | Unsecured | 216.00 | NA | NA | 0.00 | 0.00 |
| MELISSA SHARP | Unsecured | 80.00 | 80.00 | 80.00 | 56.35 | 0.00 |
| MENS HEALTH MAGAZINE | Unsecured | 24.94 | NA | NA | 0.00 | 0.00 |
| MIDWEST HEART SPECIALISTS | Unsecured | 312.60 | 312.60 | 312.60 | 220.19 | 0.00 |
| NAPERVILLE RADIOLOGISTS | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL GEOGRAPHIC SOCIETY | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| ONE SPIRIT | Unsecured | 99.90 | NA | NA | 0.00 | 0.00 |
| ONEWEST BANK | Secured | 13,632.45 | 13,632.45 | 13,632.45 | 13,632.45 | 0.00 |
| ONEWEST BANK | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OXYGEN CORP | Unsecured | 19.97 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,251.27 | 1,251.27 | 1,251.27 | 881.36 | 0.00 |
| PRAIRIE VIEW ORTHODONTICS | Unsecured | 3,012.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 392.39 | 397.25 | 397.25 | 279.81 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 390.78 | 398.89 | 398.89 | 280.97 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 43.40 | NA | NA | 0.00 | 0.00 |
| QUINLAN & FABISH MUSIC CO | Unsecured | NA | 1,297.96 | 1,297.96 | 914.24 | 0.00 |
| QUINLAN & FABISH MUSIC CO | Secured | 500.00 | 500.00 | 500.00 | 500.00 | 64.27 |
| READERS DIGEST | Unsecured | 19.95 | NA | NA | 0.00 | 0.00 |
| RUSH COPLEY | Unsecured | 797.36 | NA | NA | 0.00 | 0.00 |
| SALUTE | Unsecured | 179.00 | NA | NA | 0.00 | 0.00 |
| SCHOLASTIC | Unsecured | 43.76 | NA | NA | 0.00 | 0.00 |
| SW DIGAST DIS CONSULTANTS | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| THE CHICAGO DEPT OF REVENUE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO HOSPITAL | Unsecured | 453.89 | NA | NA | 0.00 | 0.00 |
| VALLEY IMAGING CONSULTANTS | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE GREEN DENTAL | Unsecured | 191.32 | NA | NA | 0.00 | 0.00 |
| WAUBONSIE VALLEY HIGH SCHOOL | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| WHEATON EYE CLINIC | Unsecured | 628.80 | 451.80 | 451.80 | 318.23 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $13,632.45 | $13,632.45 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $2,340.14 | $2,340.14 | $329.75 |
| **TOTAL SECURED:** | **$15,972.59** | **$15,972.59** | **$329.75** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$21,039.18** | **$14,819.36** | **$0.00** |

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $4,662.30 |
| Disbursements to Creditors | $31,121.70 |
| **TOTAL DISBURSEMENTS** : | **$35,784.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/23/2011                    By: /s/ Glenn Stearns
                                                   Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**